1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    JOEL ENRIQUE RIVERA PALMA,

9                              Petitioner,          Case No. C14-1306-JCC

10        v.                                        **ORDER OF TRANSFER**

11   ERIC H. HOLDER,

12                             Respondent.

13        Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

14   United States Magistrate Judge (Dkt. No. 11), and the balance of the record, and Court finds and

15   Orders as follows:

16        1.    The Court **ADOPTS** the Report and Recommendation.

17        2.    Respondent's motion to dismiss (Dkt. 10) is **GRANTED** in part and **DENIED** in

18              part.

19        3.    This matter is **TRANSFERRED** to the U.S. District Court for the District of New

20              Mexico pursuant to 28 U.S.C. § 1404(a).

21        4.    This matter is not dismissed by virtue of the transfer.

22        5.    The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

23   //
     //

ORDER OF TRANSFER - 1

1    DATED this 19th day of December 2014.

2

3

4    _____

5    JOHN C. COUGHENOUR
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF TRANSFER - 2