IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOEL ENRIQUE RIVERA PALMA,**

      **Petitioner,**

v.                                                  **No. CV 15-0004 RB/LAM**

**RAY TERRY, Warden,**

      **Respondent.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 21)* (hereinafter "PF&RD"), entered on June 30, 2015. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.[1] The Court has determined that it will: adopt the *Proposed Findings and Recommended Disposition (Doc. 21)*; grant the *Government's Motion to Dismiss a Petition for a Writ of Habeas Pursuant to 28 U.S.C. § 2241 (Doc. 20)*; dismiss without prejudice Petitioner's 28 U.S.C. § 2241 petition [*Doc. 1*]; and dismiss this case.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 21)* are **ADOPTED** by the Court.

---

[1] The Court notes that the PF&RD was returned to the Court with "Return to Sender, Attempted - Not Known, Unable to Forward" stamped on the envelope that was sent to the Court. [*Doc. 22*]. It thus appears that Petitioner has failed to comply with the Court's local rule requiring all parties, including parties appearing *pro se*, to notify the Clerk in writing of any change in their mailing address. *See* D.N.M. LR-Civ. 83.6.

**IT IS FURTHER ORDERED** that the *Government's Motion to Dismiss a Petition for a Writ of Habeas Pursuant to 28 U.S.C. § 2241 (Doc. 20)* is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's 28 U.S.C. § 2241 petition [*Doc. 1*] is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**